IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ROBERT L. JENKINS**                                       **PETITIONER**

**VERSUS**                              **CIVIL ACTION NO. 1:09cv806HSO-JMR**

**STATE OF MISSISSIPPI, ET AL.**                           **RESPONDENTS**

## FINAL JUDGMENT

This cause came on this date to be heard upon the Report and Recommendation of Chief United States Magistrate Judge John M. Roper, entered on August 11, 2010 [14-1], together with Petitioner's Objection filed August 20, 2010 [16-1]. The Court, having adopted said Report and Recommendation as the findings of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS, ORDERED AND ADJUDGED** that, the Motion to Dismiss filed by Respondents on February 8, 2010 [8-1], should be and hereby is **GRANTED,** and Petitioner Robert Jenkins's §2254 Petition should be and hereby is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 29th day of September, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE